**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| Denise Gann ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 21-40020-JJR |
| ) | |
| Vanderbilt Mortgage and Finance, ) | |
| Inc. ) | |
| ) | |
| Defendant. ) | |

## REPORT OF MEDIATOR

The above matter was mediated by the undersigned on December 7, 2022. As a result of the mediation, the parties reached an agreement which effectively disposes of all issues between the Plaintiff and Defendant.

The parties acknowledge that the settlement requires Court approval and will contact the Court in order to schedule a hearing as soon as practicable.

Respectfully submitted,

*/s/ Brad Wash*
Brad Wash, Mediator WAS004
UPCHURCH WATSON WHITE & MAX
2000A Southbridge Parkway, Ste. 400
Birmingham, AL 35209
Telephone: 205/933-9033

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the above and foregoing Report of Mediator with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, on this 9th day of December, 2022.

J. Gabriel Carpenter, Esq.
Alabama Consumer Law Group, LLC
Post Office Drawer 756
Talladega, AL 35161-0756
gabe@aclg.law

Lloyd W. Gathings, Esq.
Gathings Law
2140 11th Avenue S, Suite 210
Birmingham, AL 35205
lgathings@gathingslaw.com

John David Collins, Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203-2618
jcollins@maynardcooper.com

*/s/ Brad Wash*
Brad Wash, Mediator