# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| DENISE GANN, ) | CHAPTER 13 BANKRUPTCY |
|     Debtor. ) | CASE NO.: 20-40029 |
| ) | |
| ) | |
| DENISE GANN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | AP NO.: 21-40020 |
| ) | |
| VANDERBILT MORTGAGE AND ) | |
| FINANCE, INC., ) | |
|     Defendant. ) | |

## MOTION TO APPROVE COMPROMISE

**COME NOW** the parties in the above-styled adversary proceeding, by and through the undersigned counsel, and pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, request that this Court approve the following compromise:

1. On or about October 22, 2021, Denise Gann (hereinafter "Debtor/Plaintiff") filed an Adversary Proceeding against Vanderbilt Mortgage and Finance, Inc. (hereinafter "Defendant" or "VMF") alleging breach of contract, contempt of Debtor's confirmed bankruptcy plan, violations the Real Estate Settlement Procedures Act ("RESPA"), and violations of Alabama's Deceptive Trade Practices Act ("DTPA").

2. On November 24, 2021, VMF filed an Answer denying the material allegations of Debtor/Plaintiff's Complaint.

3. The parties engaged in discovery and, on July 25, 2022, VMF filed a Motion for Partial Summary Judgment as to Debtor/Plaintiff's contract and DTPA claims. VMF's motion has been fully briefed by the parties.

4. The parties agreed to mediate this matter and reached a settlement as to all claims and causes of action on December 7, 2022.

5. The parties are preparing a formal Settlement Agreement, but have agreed to the following material settlement terms:

   a. VMF has agreed to pay Debtor/Plaintiff, through her counsel, the sum of Seventy Thousand Dollars ($70,000);

   b. VMF has agreed to transfer the property commonly known as 4663 Nisbet Lake Road, Jacksonville, Alabama (the "Property") via Quitclaim Deed to Debtor/Plaintiff;

   c. VMF has agreed to provide Debtor/Plaintiff with the Broker Price Opinion obtained prior to VMF's foreclosure of the Property as well as VMF's Foreclosure Deed reflecting VMF's winning foreclosure bid of Fifty Thousand Dollars ($50,000); and

   d. In exchange for the consideration described in subparagraphs a. – c. above, Debtor/Plaintiff has agreed to release VMF from any and all claims, demands, and damages, including but not limited to claims that Debtor/Plaintiff asserted or could have asserted in the Adversary Proceeding.

6. The Settlement Agreement to be entered into between the parties shall also contain reasonable confidentiality and non-disparagement clauses, which clauses shall not prohibit necessary disclosures to the Bankruptcy Court.

7. Debtor/Plaintiff will pay to the Trustee a sum sufficient to pay off her Chapter 13 bankruptcy case.

8. The settlement consideration mentioned in Paragraph 5 resolves and releases all claims of Debtor/Plaintiffs' claims against VMF for payment of attorneys' fees. Attorney fees for Debtor/Plaintiff's counsel shall be subject to approval of the Bankruptcy Court.

9. The parties believe this compromise to be fair, reasonable and in the best interests of the Debtor/Plaintiff, the Defendant, the Debtor's estate and other interested parties.

WHEREFORE, the premises considered, the parties respectfully request that this Court enter an Order approving the terms of the compromise set forth herein.

Respectfully submitted this 22d day of December, 2022.

        */s/ J. Gabriel Carpenter*
        _____
        Harvey B. Campbell, Jr. and
        J. Gabriel Carpenter
        *Attorneys for Plaintiff*
        ALABAMA CONSUMER LAW GROUP, LLC
        Post Office Drawer 756
        Talladega, AL 35161-0756
        (256) 761-1858
        gabe@aclg.law
        buddy@aclg.law

        */s/ John David Collins*
        _____
        John David Collins and
        Wes Bulgarella
        *Attorneys for Defendant*
        MAYNARD, COOPER & GALE, P.C.
        1901 Sixth Avenue North
        1700 Harbert Plaza
        Birmingham, AL 35203
        jcollins@maynardcooper.com
        wbulgarella@maynardcooper.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and served a copy of the foregoing by U.S. First Class Mail, postage prepaid, properly addressed to the creditors listed in the attached mailing matrix, and to the following individuals via electronic mail:

Linda B. Gore
Chapter 13 Trustee
P.O. Box 1338
Gadsden, AL 35902
linda@chapter13gadsden.com

Robert J. Landry, III
Assistant United States Bankruptcy Administrator
Northern District of Alabama
robert_landry@alnba.uscourts.gov

LeRoy Alan Cobb
Bethany Courville
*Attorneys for Debtor*
COBB LAW FIRM
P.O. Box 3905
Oxford, AL 36203
cobblawfirm@gmail.com

                                                                    */s/ J. Gabriel Carpenter*
                                                              _____
                                                              J. Gabriel Carpenter
                                                             *Attorney for Debtor/Plaintiff*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 20-40029-JJR13<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Thu Dec 22 09:45:46 CST 2022 | Anniston HMA, LLC dba Stringfellow Memorial<br>c/o Robert D. Reynolds, Esq.<br>Reynolds, Reynolds & Little, LLC<br>P. O. Box 1389<br>Montgomery, AL 36102-1389 | Steering Committee<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 |
| Vanderbilt Mortgage and Finance, Inc.<br>Po Box 9800<br>Maryville, TN 37802-9800 | U. S. Bankruptcy Court<br>1100 Gurnee Avenue, Room 288<br>Anniston, AL 36201-4565 | Ability Recovery Servi<br>Pob 4031<br>Wyoming, PA 18644-0031 |
| Anniston HMA LLC dba Stringfellow Memorial H<br>c/o Robert D Reynolds Esq<br>Reynolds Reynolds & Little LLC<br>PO Box 1389<br>Montgomery AL  36102-1389 | CALHOUN COUNTY WATER AUTHORITY<br>P.O. BOX 200<br>Alexandria, AL 36250-0200 | (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 |
| Credit Acceptance Corp<br>Po Box 5070<br>Southfield, MI 48086-5070 | Credit Business Servic<br>P.o. Box 4127<br>Fort Walton Beach, FL 32549-4127 | Enhanced Recovery Co L<br>Po Box 57547<br>Jacksonville, FL 32241-7547 |
| FINANCIAL CORP OF ALABAMA<br>POB 203500<br>Austin, TX 78720-3500 | Gadsden Regional Medical Center<br>POB 404799<br>Atlanta, GA 30384-4799 | Lclmngmntllc<br>309 Quintard Ave<br>Anniston, AL 36201-6077 |
| MADISON CORE LABORATORIES<br>120 W DUBLIN DR STE 105<br>Madison, AL 35758-3156 | Miramedrg<br>360 E. 22nd Street<br>Lombard, IL 60148-4924 | (p)RECEIVABLE MANAGEMENT GROUP<br>ATTN BANKRUPTCY<br>2901 UNIVERSITY AVE STE #29<br>COLUMBUS GA 31907-7601 |
| STRINGFELLOW HOSPITAL<br>POB 281429<br>Atlanta, GA 30384-1429 | Scolopax, LLC<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVE., STE 400<br>SEATTLE, WA 98121-3132 | Security Finance<br>POB 3186<br>Spartanburg, SC 29304-3186 |
| Security Finance Corporation<br>Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 |
| Bethany Cobb Courville<br>Cobb Law Firm, LLC<br>90 Friendship Road<br>Oxford, AL 36203-3066 | Denise Gann<br>2530 McArthur St<br>Anniston, AL 36201-2660 | Harvey B. Campbell Jr.<br>Alabama Consumer Law Group, LLC<br>Post Office Drawer 756<br>400 S. Court Square<br>Talladega, AL 35160-2499 |
| Harvey B. Campbell, Jr.<br>Alabama Consumer Law Group, LLC<br>P. O. Drawer 756<br>Talladega, AL 35161-0756 | Jonathan G Carpenter<br>Alabama Consumer Law Group, LLC<br>P O Box 756<br>Talladega, AL 35161-0756 | Lee Cobb<br>Cobb Law Firm, LLC<br>90 Friendship Road<br>Oxford, AL 36203-3066 |

| Linda Baker Gore | Lloyd W. Gathings | Robert J Landry |
| --- | --- | --- |
| NON-PAYMENTS: P.O. Box 1338 | Gathings Law | Bankruptcy Administrator's Office |
| Gadsden, AL 35902 | 2140 11th Avene So | United States Courthouse |
| | Ste 210 | 1100 Gurnee Avenue |
| | Birmingham, AL 35205-2840 | Anniston, AL 36201-4565 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| CREDIT ACCEPTANCE | Rec Mgt Grp | (d)Vanderbilt Mortgage |
| --- | --- | --- |
| 25505 W 12 MILE RD | 2901 University Av | 500 Alcoa Trail |
| SOUTHFIELD MI 48034 | Columbus, GA 31907 | Maryville, TN 37804 |

Wakefield & Associates
Po Box 50250
Knoxville, TN 37950

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)TEA OLIVE, LLC | (d)Vanderbilt Mortgage and Finance, Inc. | (d)Vanderbilt Mortgage and Finance, Inc. |
| --- | --- | --- |
| | PO Box 9800 | Po Box 9800 |
| | Maryville, TN 37802-9800 | Maryville, TN 37802-9800 |

| (d)Jonathan G Carpenter | End of Label Matrix | |
| --- | --- | --- |
| Alabama Consumer Law Group, LLC | Mailable recipients | 32 |
| P.O. Box 756 | Bypassed recipients | 4 |
| Talladega, AL 35161-0756 | Total | 36 |