**Van–200** [AP Notice of Hearing] (Rev. 03/22)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 20–40029–JJR13 |
| Denise Gann | **Chapter** 13 |
|     **Debtor(s)** | |
| | **AP No.** 21–40020–JJR |

Denise Gann
    **Plaintiff(s)**

vs.

Vanderbilt Mortgage and Finance, Inc.
    **Defendant(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

Agreed Motion to Approve Compromise and/or Settlement

    **Date:** Thursday, January 26, 2023      **Time:** 09:45 AM

    **Location:** Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201

    Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance may not be required for hearings on certain matters if a settlement has been reached as approved by all parties and announced to the Court by an attorney prior to the hearing date.

Dated: December 22, 2022      By:

    Joseph E. Bulgarella, Clerk
    United States Bankruptcy Court

sog