Gann,

    Plaintiff                                                                                                                                                                    Adv. Proc. No. 21-40020-JJR

Vanderbilt Mortgage and Finance, Inc.,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1126-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 27, 2022 | Form ID: van200 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| md | + | Brad Wash, Upchurch Watson White & Max, 2000A SouthBridge Parkway, Ste. 400, Birmingham, AL 35209-7719 |
| pla | + | Denise Gann, 2530 McArthur St, Anniston, AL 36201-2660 |
| sp | + | Lloyd W. Gathings, Gathings Law, 2140 11th Avene So, Ste 210, Birmingham, AL 35205-2840 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Dec 28 2022 02:00:00 | Vanderbilt Mortgage and Finance, Inc., PO BOX 9800, MARYVILLE, TN 37802-9800 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harvey B. Campbell, Jr. | on behalf of Plaintiff Denise Gann Buddy@aclg.law notice@aclg.law;Buddy@CampbellandCampbellpc.com;AlabamaConsumerLawGroupLLC@jubileebk.net |
| John David Collins | on behalf of Defendant Vanderbilt Mortgage and Finance Inc. jcollins@maynardcooper.com, |

Jessica.wilson@maynardcooper.com

Jonathan G Carpenter

on behalf of Plaintiff Denise Gann gabe@aclg.law  notice@aclg.law

Linda Baker Gore

noticetrustee@ch13gadsden.com noticetrustee@ch13gadsden.com

Lloyd Weaver Gathings, II

on behalf of Plaintiff Denise Gann lgathings@gathingslaw.com

Wesley Ryan Bulgarella

on behalf of Defendant Vanderbilt Mortgage and Finance  Inc. wbulgarella@maynardcooper.com, wbulgarella@maynardcooper.com

TOTAL: 6

**Van−200** [AP Notice of Hearing] (Rev. 03/22)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**In re:**  **Case No.** 20−40029−JJR13
Denise Gann  **Chapter** 13
    **Debtor(s)**

    **AP No.** 21−40020−JJR

Denise Gann
    **Plaintiff(s)**
vs.
Vanderbilt Mortgage and Finance, Inc.
    **Defendant(s)**

## RESCHEDULED
## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

Agreed Motion to Approve Compromise and/or Settlement

**Date:** Thursday, February 9, 2023      **Time:** 10:35 AM

**Location:** Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201

    Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance may not be required for hearings on certain matters if a settlement has been reached as approved by all parties and announced to the Court by an attorney prior to the hearing date.

Dated: December 27, 2022      By:

    Joseph E. Bulgarella, Clerk
    United States Bankruptcy Court

sog